**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,   )   | 06-04062MP-001-MEA |
| Plaintiff,   ) | **ORDER** |
| vs.   ) | |
| WILLIAM KENNETH CRUMRINE,   ) | |
| Defendant.   ) | |

The defendant appeared in court and admitted to violating allegation "A" as contained in the Petition to Revoke Probation. Based upon that admission, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously directed conditions. In addition the following conditions are imposed:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse.  You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall participate in a Home Confinement Program, without electronic monitoring, and be subject to a curfew as determined by the supervising probation officer for a period of 30 days to begin on January 29, 2007.

3. You are prohibited from possessing, maintaining or using a firearm.

IT IS FURTHER ORDERED that allegation "B" of the Petition to Revoke is dismissed without prejudice.

1   IT IS FURTHER ORDERED that defendant's probationary term shall be increased
2 to a term of twenty-four (24) months, beginning on March 17, 2006, and is to run
3 concurrently with the probationary term imposed in case number 05-4308M-001-MEA.
4   DATED this 30th day of January, 2007.

_____
Mark E. Aspey
United States Magistrate Judge